IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE C. HOWARD,               )   1:06-CV-00191-AWI-WMW-P
                                  )
        Plaintiff,                )   SECOND ORDER TO SUBMIT NEW
                                  )   APPLICATION TO PROCEED IN FORMA
        vs.                       )   PAUPERIS AND CERTIFIED COPY OF
                                  )   TRUST ACCOUNT STATEMENT **OR** PAY
C/O J. NUNLEY, et al.,            )   FILING FEE
                                  )
        Defendants.               )
_____)

Plaintiff, a state prisoner proceeding pro se, is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On February 21, 2006, plaintiff submitted an incomplete application to proceed in forma pauperis. On March 20, 2006, the court ordered plaintiff to submit a new, completed application to proceed in forma pauperis and a certified copy of his prison trust account statement, pursuant to 28 U.S.C. § 1915. On April 13, 2006, plaintiff submitted a new application to proceed in forma pauperis. However, plaintiff's new application was not completed; it did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, plaintiff has not submitted the required certified copy of his prison trust account statement. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit another new, completed application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $250.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account

1  statement for the six month period immediately preceding the filing of the complaint, or in the
2  alternative, to pay the $250.00 filing fee for this action.  Failure to comply with this order will result in
3  a recommendation that this action be dismissed.
4  IT IS SO ORDERED.
5  **Dated:    May 3, 2006**               **/s/  William M. Wunderlich**
   j14hj0                                  UNITED STATES MAGISTRATE JUDGE