# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clarence C. Howard, | No. CV 1-06-191-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| C/O J. Nunley, et al., | |
| Defendants. | |

Defendant was granted an extension until September 14, 2009, to file a responsive pleading. Therefore, Defendant's time to respond has not expired, and Plaintiff's Motion for Default Judgment is premature.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Default Judgment (doc. # 32) is denied.

DATED this 3rd day of September, 2009.

Neil V. Wake
United States District Judge