IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | | |
|---|---|---|
| Clarence Howard, | ) | No.CIV 06-0191-NVW |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| C/O J. Nunley, | ) | |
| Defendant. | ) | |

    Before the Court are Defendant J. Nunley's Motion to Dismiss (doc. # 36) and Plaintiff's Motion for Default Judgment (doc. # 37). Neither requires a response, and both will be denied summarily.

    By order of September 16, 2009, Defendant Nunley's time to respond to the Second Amended Complaint was extended to September 30, 2009, and Defendant Nunley filed the Motion to Dismiss on September 28, 2009. No acceptance of service or proof of service has been filed with the Clerk of the Court concerning Defendant W. J. Sullivan. Therefore, Defendants are not in default, and Plaintiff's Motion for Default Judgment (doc. # 37) must be denied.

    The Court previously screened the Second Amended Complaint and found that it minimally stated a claim. (Doc. # 25.) Defendant J. Nunley's Motion to Dismiss is an unacknowledged dissent against the screening order and will be denied for the reasons

already stated in the screening order. Defendant Nunley's time to respond to the Second Amended Complaint will not be extended again.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Default Judgment (doc. # 37) is denied.

IT IS FURTHER ORDERED that Defendant J. Nunley's Motion to Dismiss (doc. # 36) is denied.

DATED this 30th day of September, 2009.

Neil V. Wake
United States District Judge