# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clarence Howard, | No. CV 1-06-191-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| C/O J. Nunley, et. al., | |
| Defendants. | |

    A responsive pleading from Defendant Warden W.J. Sullivan was due November 3, 2009, and none has been filed.

    IT IS THEREFORE ORDERED that Plaintiff show cause by November 23, 2009, why this action should not be dismissed as against Defendant Sullivan for failure to prosecute unless before then Plaintiff has filed an application for entry of default of Defendant Sullivan or Defendant Sullivan has filed a responsive pleading.

    DATED this 9th day of November, 2009.

_____
Neil V. Wake
United States District Judge