# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clarence Howard,<br><br>            Plaintiff,<br><br>vs.<br><br>C/O J. Nunley, et. al.,<br><br>            Defendants. | No. CV 1-06-191-NVW<br><br>**ORDER** |

An Answer from Defendant C/O J. Nunley has not been filed.

IT IS THEREFORE ORDERED that Plaintiff show cause by November 27, 2009, why this action should not be dismissed as against Defendant Nunley for failure to prosecute unless before then Plaintiff has filed an application for entry of default of Defendant Nunley or Defendant Nunley has filed an Answer.

DATED this 13th day of November, 2009.

_____
Neil V. Wake
United States District Judge