IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clarence Howard,<br><br>    Plaintiff,<br><br>vs.<br><br>C/O J. Nunley, et al.,<br><br>    Defendants. | No. CV 06-0191-NVW<br><br>**ORDER** |

By order of May 12, 2009, (doc. # 25), Plaintiff was denied leave to file a Third Amended Complaint for failure to seek leave to do so.  Plaintiff has again lodged a proposed Third Amended Complaint without leave to do so.

IT IS THEREFORE ORDERED that Plaintiff is denied leave to file the Third Amended Complaint (doc. # 47).

DATED this 2nd day of December, 2009.

_____
Neil V. Wake
United States District Judge