1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT

7        FOR THE EASTERN DISTRICT OF CALIFORNIA

8

Clarence Howard,                          )        No.CIV 06-0191-NVW
9                                          )
            Plaintiff,                     )        **Supplemental Discovery Order and**
10                                         )        **Scheduling Order**
vs.                                        )
11                                         )
                                           )
12   C/O J. Nunley,                        )
                                           )
13          Defendant.                     )
                                           )
14   _____  )

15        The Court entered a Discovery Order and Scheduling Order on November 13, 2009.

16   (Doc. # 44.)  The Court has considered the great age of this case, now more than four years

17   old, and enters this Supplemental Order.  The Court will require, and hereby gives notice to

18   all parties, that all parties complete all discovery and all other pretrial preparation within the

19   schedule ordered on November 13, 2009.  The parties must plan their pre-trial motions and

20   discovery, including presentation and resolution of all discovery disputes, in time to comply

21   with that schedule.  The Court does not contemplate any extension of the July 16, 2010

22   deadline for pre-trial dispositive motions, nor does it not contemplate any extensions on the

23   briefing of such motions.  The Court will rule on any such motions by September 30, 2010,

24   and a trial, if necessary, will be set promptly thereafter.

25        DATED this 26th day of March, 2010.

26

27        _____
                            Neil V. Wake
28                   United States District Judge