IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| Clarence Howard,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>C/O J. Nunley, et al.,<br><br>　　　　Defendants. | No. CV 06-0191-NVW<br><br>**ORDER** |

　　　Before the Court is Plaintiff's Motion to Grant the Plaintiff Relief Within the 1983 Civil Complaint (doc. # 56). The Motion speaks to alleged recent actions of confinement that are not within the pleadings of this case. If Plaintiff believes he has new claims against corrections officials, he may first pursue his administrative remedies and then bring a new action. This case is not a proper vehicle for later grievances Plaintiff may have.

　　　IT IS THEREFORE ORDERED that Plaintiff's Motion to Grant the Plaintiff Relief Within the 1983 Civil Complaint (doc. # 56) is denied.

　　　DATED this 12th day of May, 2010.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　　　　United States District Judge