IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Clarence Howard,<br><br>             Plaintiff,<br><br>vs.<br><br>C/O J. Nunley et. al.,<br><br>             Defendant. | No. CV-06-00191-NVW<br><br>**ORDER** |

   The order of August 9, 2010 (doc. 65) effectively grants in part and denies in part the Motion for Sanctions (doc. 66).

   IT IS THEREFORE ORDERED that the Motion for Sanctions (doc. 66) is granted in part and denied in part is provided in doc. 65.

   DATED this 16th day of August, 2010.

                                                           _____
                                                           Neil V. Wake
                                                           United States District Judge